# EXHIBIT B

## Portus Singapore Pte Ltd.  v. Savant
## Infringement Chart for U.S. Patent No. 8,914,526

| U.S. Patent No. 8,914,526 | **Savant** |
|---|---|
| 57. A system for remote access of user premises networks located in respective user premises, said system comprising: | Savant Systems, Inc. provides a system for remote access of user premises networks located in respective user premises.<br><br>For example, Savant Systems, Inc. provides Savant Home (including Savant Host, devices such as Lighting, climate, music, video) deployed within a home (user premises) and connects to Savant App for remote monitoring/control of devices in the home.<br><br><br><br>Source https://www.savant.com/ |

| U.S. Patent No. 8,914,526 | **Savant** |
|---|---|
| | Source https://www.savant.com/<br><br>Source: https://apps.apple.com/us/app/savant/id1095325838 |
| [57A] a first network (a) located external to said user premises, (b) | The system includes a first network (Savant cloud services network)  located external to said user premises; including a first arrangement of processing circuitry comprising at least one hardware processor programmed to control network access ((Savant cloud services  to manage accounts, add device, device state synchronization, and remote access);  and  including a hardware user |

| U.S. Patent No. 8,914,526 | **Savant** |
|---|---|
| including a first arrangement of processing circuitry comprising at least one hardware processor programmed to control network access, and (c) including a hardware user access browser device that comprises a processor running an access browser; and | access browser device that comprises a processor running an access browser (user smartphones/tablets running Savant App/ Savant Touch) <br><br> **Savant Launches Cloud Platforms for Home-Automation Config, Management, Service** <br><br> New Savant Central Management and Savant Studio let dealers ditch the computer for programming and manage all their home-automation projects and clients in one cloud-based portal. <br><br> Published: June 29, 2018   Julie Jacobson <br><br> Savant is making it easier for home-automation pros to program systems from a mobile app and manage their clients and projects in a single cloud-based portal. <br><br> The company announces two new software platforms – Savant Central Management and Savant Studio. <br><br> **Central Management** is exactly what it sounds like – a single place to manage customers and jobs. This i where an integration company can see, at a glance, what's happening in any client's home, with permission of course. <br><br> Central Management also facilitates customer service with remote diagnostics, time/date-stamped systems logs, remote maintenance and configuration capabilities. <br><br> Source: https://www.cepro.com/news/savant_cloud_home_automation/5686/ |

| U.S. Patent No. 8,914,526 | **Savant** |
|---|---|
| |  Source: https://support.savant.com/pro/articles/en_US/Support_Article/Savant-Home-Manager-Reference-Guide/?q=host&l=en_US&fs=Search&pn=1 |

| U.S. Patent No. 8,914,526 | **Savant** |
|---|---|
| | <br><br>Source: https://www.savant.com/interfaces/ |

| U.S. Patent No. 8,914,526 | **Savant** |
|---|---|



## SAVANT TOUCH

Savant Touch provides full control where you need it with high-resolution touch screens. Available in 5" and 8" sizes with both in-wall and table-top options.
Make the most of the Savant Touch Panel with the new Intercom feature, providing room-to-room communication and whole home paging through the home's distributed audio system.

Source: https://www.savant.com/interfaces/

| U.S. Patent No. 8,914,526 | Savant |
|---|---|
| [57B] a plurality of second arrangements of processing circuitry each comprising at least one hardware processor programmed to control network access, each of at least a subset of which is located in a respective one of the user premises and part of the respective user premises network of the respective user premises; | The system includes a plurality of second arrangements (Savant Host) deployed in users' homes (each with embedded processors and network interfaces) and connected as devices on the user's home network (e.g., Wi-Fi or Ethernet router) to control network access (access your devices). Each Savant Host is part of the user premises network and participates in the network. Source: https://www.savant.com/host/ |

| U.S. Patent No. 8,914,526 | **Savant** |
|---|---|

> What is a Savant Host?
>
> The Savant App requires a Savant Host.
>
> The Savant App and the Savant Host work together. The Host acts as a communication hub, enabling the Savant App to communicate with Savant devices and supported third party devices you have added to your Savant Home.

Source: https://support.savant.com/help/articles/en_US/Support_Article/What-is-a-Savant-Host

## INTELLIGENT COMMUNICATION

Savant Hosts deliver the core intelligence of the Savant platform, driving the technology across your entire smart home. Through the most sophisticated software on the market, Savant Hosts manage every subsystem throughout the home or property to deliver a single unified user experience. Our systems not only scale with your needs, but are also designed to be updated to stay aligned with the latest technology and features.

## CUSTOMIZED FOR THE WAY YOU LIVE

Your Authorized Savant Dealer will create a plan to customize your Host for your unique property needs. From door locks to lighting, shades, and security systems, your Savant Host will be tailored to the way you live and work.

Source: https://www.savant.com/host/

| U.S. Patent No. 8,914,526 | **Savant** |
|---|---|
| |  Source: https://support.savant.com/help/articles/en_US/Support_Article/Network-Troubleshooting-Guide/?l=en_US&c=Savant_Knowledge%3ASetup&fs=Search&pn=1 |

| U.S. Patent No. 8,914,526 | **Savant** |
|---|---|



Savant® Pro Host SVR-4500 | SVR-4500S | SVR-5000S Deployment Guide (2015)

Source:      https://sav-documentation.s3.amazonaws.com/Product%20Deployment%20Guides/009-0263-05-Savant-Pro-Host-Deployment-Guide.pdf

| U.S. Patent No. 8,914,526 | **Savant** |
|---|---|
| | **Appendix A: Network Requirements**<br><br>Savant requires the use of business class/commercial grade network equipment throughout the network to ensure the reliability of communication between devices. These higher quality components also allow for more accurate troubleshooting when needed.<br><br>**Device Network Connections**<br>Connect all Savant devices to the same local area network (LAN) or subnet as the host. Savant recommends not implementing any type of traffic or packet shaping in your network topology for the Savant devices as this may interfere with performance.<br><br>**Managing IP Addresses**<br>To ensure that the IP Address will not change due to a power outage, a static IP Address or DHCP reservation should be configured. Savant recommends using DHCP reservation within the router. By using this method, static IP Addresses for all devices can be managed from a single UI avoiding the need to access devices individually.<br><br>**Setting a Static IP Address**<br>Refer to the **How to set a static IP address on a Savant Host Controller Knowledge Article** located on the **Savant Community.**<br><br>**Setting DHCP Reservation**<br>Setting DHCP reservation varies from router to router. Refer to the documentation for the router to configure DHCP reservation.<br><br>Savant® Pro Host SVR-4500 \| SVR-4500S \| SVR-5000S Deployment Guide (2015)<br><br>Source:    https://sav-documentation.s3.amazonaws.com/Product%20Deployment%20Guides/009-0263-05-Savant-Pro-Host-Deployment-Guide.pdf |
| [57C] wherein: said first circuitry arrangement is adapted by its programming to initiate an establishment of network connections to said second circuitry arrangements;; | The first circuitry arrangement (Savant cloud services (Savant App backend)) is adapted by its programming to initiate an establishment of network connections to said second circuitry arrangements (use Savant App or Savant Home Manager to access Savant Host and devices communicating with the host)<br><br>Upon authenticated remote access, Savant cloud/ Savant Home Manager establish network communications with the devices over the Internet, home LAN (Wi-Fi or Ethernet) to exchange control commands (setpoints, modes, schedules) and status/usage information. |

| U.S. Patent No. 8,914,526 | **Savant** |
|---|---|
| | <br><br>Savant® Pro App™ User Guide (Feb. 2020)<br>Source<br>https://sav-documentation.s3.amazonaws.com/Product%20User%20Guides/009-1838-07%20Savant%20App%20User%20Guide%20%5BVersion%209.4%20and%20Higher%5D.pdf |

| U.S. Patent No. 8,914,526 | **<u>Savant</u>** |
|---|---|
| |  Source: https://savant.com/savant-app/ |

| U.S. Patent No. 8,914,526 | **Savant** |
|---|---|
| | <br><br>Source: https://savant.com/savant-app/<br><br>Overview<br>The Savant Home Manager is an application that runs in the cloud and allows users to view system information, Essentials status, tutorials, and more from a web browser. This article gives a basic overview of the Home Manager.<br><br>Source: https://support.savant.com/pro/articles/en_US/Support_Article/Savant-Home-Manager-Reference-Guide/?q=host&l=en_US&fs=Search&pn=1 |
| [57D] the user access browser located on the first network is usable, by input of Uniform Resource Locators (URL), for locating and examining information on said first network and | Savant App (located on the first network) operates as access-browser functionality to locate and retrieve information from Savant cloud and from the user's device state, Requests use URL/URI-addressed resources (HTTP/HTTPS endpoints). User selections within the UI (e.g., choosing devices such as Dryer, Air conditioner or home heater) cause the client to access predetermined URL/URI locations corresponding to those services/resources.<br><br>URL/browser aspect is met by the web-based Savant Home Manager portal (browser access to a predetermined website/URL), and by the Savant App acting as an access-browser client to devices (with URL selection/input implicit via the app UI). |

| U.S. Patent No. 8,914,526 | **Savant** |
|---|---|
| said user premises networks; | <br><br>Source: https://savant.com/savant-app/ |

| U.S. Patent No. 8,914,526 | **Savant** |
|---|---|
| |   Source: https://www.savant.com/interfaces/ |
| [57E] each of the at least the subset of second circuitry arrangements is | Each of the at least the subset of second circuitry arrangements (Savant Host and devices such as Kitchen devices, dining room devices) is accessible by the first circuitry arrangement (Savant App/ Savant Home Manager) |

| U.S. Patent No. 8,914,526 | **Savant** |
|---|---|
| accessible by the first circuitry arrangement; | <br><br>Source: https://savant.com/savant-app/<br><br>Overview<br>The Savant Home Manager is an application that runs in the cloud and allows users to view system information, Essentials status, tutorials, and more from a web browser. This article gives a basic overview of the Home Manager.<br><br>Source: https://support.savant.com/pro/articles/en_US/Support_Article/Savant-Home-Manager-Reference-Guide/?q=host&l=en_US&fs=Search&pn=1 |
| [57F] responsive to user-input of a URL in accordance with which said user access browser accesses a predetermined location on said first network to | When a user accesses Savant cloud services (via UI selections that cause the client to access service URL/URI endpoints), Savant cloud services rely on authorization data (Savant account login and device added) to determine which added device (and associated premises networks/locations) the user is authorized to monitor/control.  Which means responsive to user-input of a URL in accordance with which said user access browser accesses a predetermined location on said first network to which address the URL corresponds, said first circuitry arrangement subsequently, by execution of its programming: determines which one of said user premises networks in which one of said second circuitry arrangements is located authorization data indicates authority to at least one of monitor and control; |

| U.S. Patent No. 8,914,526 | **Savant** |
|---|---|
| which address the URL corresponds, said first circuitry arrangement subsequently, by execution of its programming: determines which one of said user premises networks in which one of said second circuitry arrangements is located authorization data indicates authority to at least one of monitor and control; | <br><br>Savant® Pro App™ User Guide (Feb. 2020)<br>Source<br>https://sav-documentation.s3.amazonaws.com/Product%20User%20Guides/009-1838-07%20Savant%20App%20User%20Guide%20%5BVersion%209.4%20and%20Higher%5D.pdf |

| U.S. Patent No. 8,914,526 | **Savant** |
|---|---|
| | <table><tr><td>Info Button</td><td>Modify the Scene photo, Fade Time or Shared/Global Scene settings.</td></tr><tr><td>Photo</td><td>Tap to display options to **Take Photo** or **Choose Existing Photo** (from the mobile device's filesystem) to represent the selected Scene.</td></tr><tr><td>Fade Time</td><td>Adding a Fade Time will apply a delay between Scene activation within the app and full application of Scene settings. For example, with dimmable lighting, lights will fade from off to the level set by the Scene within the configured fade time.<br><br>Select this option to show a list of available fade times, from 0 to 30 seconds.</td></tr><tr><td>Shared Scene</td><td>☑ - (Checked) Scene will be available to all other users and appear on devices not associated with the account in use.</td></tr><tr><td></td><td>☐ - (Unchecked) When a scene is no longer shared, it will be removed from all other users and only appear on device associated with the account in use.</td></tr><tr><td>Conditions tab</td><td>Add a condition based on a schedule to activate the Scene automatically.</td></tr><tr><td>Scene Scheduler</td><td>Select the + icon in the upper right corner to open the Scene Scheduler. Setting a schedule will apply the Scene automatically under the configured conditions.<br><br>See Section 8.5 above for details on Scene Scheduler configuration.</td></tr></table><br>Savant® Pro App™ User Guide (Feb. 2020)<br>Source<br>https://sav-documentation.s3.amazonaws.com/Product%20User%20Guides/009-1838-07%20Savant%20App%20User%20Guide%20%5BVersion%209.4%20and%20Higher%5D.pdf |
| [57G] initiates an establishment of a network connection to said one of said second circuitry arrangements to create a new communications session for a temporary | Upon authorized access (e.g., using Savant App to remote access devices, Savant cloud services establish network communications with the specific registered device state to access device state / stored data and/or deliver commands/updates. These interactions are implemented as network sessions (e.g., HTTPS/TLS request/response sessions and/or cloud synchronization sessions) that temporarily interconnect Savant cloud and the specific user premises network during the access/control transaction.<br>Upon remote user interaction (app/portal), Savant services communicate with the in-premises device over the network path to:<br>- send control commands (e.g., change temperature, change mode, update schedules), and<br>- obtain device status/usage information; |

| U.S. Patent No. 8,914,526 | **Savant** |
|---|---|
| interconnection between said first network and said determined one of said user premises networks to at least one of control and monitor operation of at least one of the one or more devices of said user premises network, by which communications session the first network: | <br><br>Source: https://savant.com/savant-app/ |

| U.S. Patent No. 8,914,526 | **Savant** |
|---|---|
| | Source: https://savant.com/savant-app/ |
| [57H] obtains information contained within the user premises network from the second circuitry arrangement of the determined user premises network; and | Obtains information contained within the user premises network from the second circuitry arrangement of the determined user premises network.<br><br>**Overview**<br>The Savant Home Manager is an application that runs in the cloud and allows users to view system information, Essentials status, tutorials, and more from a web browser. This article gives a basic overview of the Home Manager.<br><br>Source:                    https://support.savant.com/pro/articles/en_US/Support_Article/Savant-Home-Manager-Reference-Guide/?q=host&l=en_US&fs=Search&pn=1 |

| U.S. Patent No.<br>8,914,526 | **Savant** |
|---|---|
| | <br>Source: https://savant.com/savant-app/ |
| [57I] using a web server, serves to the user access browser the information from the second circuitry arrangement of the determined user premises network; | Using a web server (Savant cloud server), serves to the user access browser (Savant App/Savant Home Manager web portal) the information from the second circuitry arrangement of the determined user premises network; |

Page 22 of 27

| U.S. Patent No. 8,914,526 | **<u>Savant</u>** |
|---|---|
| | <br><br>Source:  https://support.savant.com/pro/articles/en_US/Support_Article/Savant-Home-Manager-Reference-Guide/?q=host&l=en_US&fs=Search&pn=1 |

| U.S. Patent No. 8,914,526 | **Savant** |
|---|---|
| | ## 6. Sign in and Connect<br><br>Once at least one Savant Cloud User has been created and associated with the Savant Home system, it is possible to open the app, log in, and connect to the system by following the steps below:<br><br>1. Open the Savant Pro App. Note that the mobile device running the app must be connected to the same local network as the Savant Host, unless the user has been granted Remote Access permissions.<br><br>2. From the front login screen, tap **Sign In**.<br><br>3. Enter the email and password for the Savant Cloud User created in Section 3 above, then tap **Sign In** again to continue.<br><br>4. The next screen will show all Savant Home systems located on the local network, as well as any systems the logged in user has remote access to available. swipe left or right to locate the desired Savant Home and tap **Connect**.<br><br>5. The app will open to the **Home** page for the selected system. Note that it may take a few moments for the interface to fully load.<br><br>Savant® Pro App™ User Guide (Feb. 2020)<br>Source<br>https://sav-documentation.s3.amazonaws.com/Product%20User%20Guides/009-1838-07%20Savant%20App%20User%20Guide%20%5BVersion%209.4%20and%20Higher%5D.pdf |
| [57J] the communications session provides a seamless access to information stored on said determined one of said user premises networks from said user access browser; and | The communications session provides a seamless access to information stored on said determined one of said user premises networks from said user access browser.<br>Remote access is presented in the Savant App/Savant Home Manager portal as direct, immediate access to thermostat information/controls (i.e., the user experiences the in-premises thermostat as accessible "from anywhere"). |

| U.S. Patent No. 8,914,526 | **Savant** |
|---|---|
| | <br><br>Source: https://savant.com/savant-app/ |
| [57K]the at least one of control and monitoring of the at least one device using the first circuitry arrangement is possible only by interaction with information served by | The at least one of control and monitoring of the at least one device using the first circuitry arrangement is possible only by interaction with information served by said one of said second circuitry arrangements.<br><br>Savant remote monitoring/control is performed through the Savant App or Savant Home Manager web portal interfaces, which display devices state/controls derived from the devices, and accept user commands based on that displayed information. |

| U.S. Patent No. 8,914,526 | **Savant** |
|---|---|
| said one of said second circuitry arrangements. | <br><br>Source: https://savant.com/savant-app/ |

| U.S. Patent No. 8,914,526 | **<u>Savant</u>** |
|---|---|
| | <br><br>S Source: https://savant.com/savant-app/ |