# EXHIBIT D

## Portus Singapore Pte Ltd. v. Savant

## Infringement Chart for U.S. Patent No. 9,961,097

| U.S. Patent No. 9,961,097 | Savant |
|---|---|
| 1. A system for remote access of a user premises comprising: | Savant Systems, Inc. provides a system for remote access of user premises networks located in respective user premises. <br><br> For example, Savant Systems, Inc. provides Savant Home (including Savant Host, devices such as Lighting, climate, music, video) deployed within a home (user premises) and connected to Savant App services (for remote monitoring/control) for remote access of user premises networks located in respective user premises. <br><br> <br><br> Source https://www.savant.com/ |

| U.S. Patent No. 9,961,097 | **<u>Savant</u>** |
|---|---|
| | <br><br>Source https://www.savant.com/<br><br><br>Source: https://apps.apple.com/us/app/savant/id1095325838 |

| U.S. Patent No. 9,961,097 | **Savant** |
|---|---|
| [1A] a first hardware processing circuitry running an access browser module; a second hardware processing circuitry located in a first network; and | The system includes a first hardware processing circuitry running an access browser (user smartphones/tablets running access Savant App/ Savant Touch as hardware user-access devices.), a second hardware processing circuitry (Savant cloud services) located in a first network (Savant cloud services network)<br><br>**Savant Launches Cloud Platforms for Home-Automation Config, Management, Service**<br><br>New Savant Central Management and Savant Studio let dealers ditch the computer for programming and manage all their home-automation projects and clients in one cloud-based portal.<br><br>Published: June 29, 2018    Julie Jacobson<br><br>Savant is making it easier for home-automation pros to program systems from a mobile app and manage their clients and projects in a single cloud-based portal.<br><br>The company announces two new software platforms – Savant Central Management and Savant Studio.<br><br>**Central Management** is exactly what it sounds like – a single place to manage customers and jobs. This i where an integration company can see, at a glance, what's happening in any client's home, with permission of course.<br><br>Central Management also facilitates customer service with remote diagnostics, time/date-stamped systems logs, remote maintenance and configuration capabilities.<br><br>Source: https://www.cepro.com/news/savant_cloud_home_automation/5686/ |

| U.S. Patent No. 9,961,097 | **<u>Savant</u>** |
|---|---|
| |  |

Overview

The Savant Home Manager is an application that runs in the cloud and allows users to view system information, Essentials status, tutorials, and more from a web browser. This article gives a basic overview of the Home Manager.

Accessing Savant Home Manager

To access a Savant System from the Home Manager, the system must be bound, and you must have an authorized User Account. To access the website, do the following:

1. Open a web browser and go to https://home.savant.com.
2. Enter Savant App user account credentials.

Source: https://support.savant.com/pro/articles/en_US/Support_Article/Savant-Home-Manager-Reference-Guide/?q=host&l=en_US&fs=Search&pn=1

| U.S. Patent No. 9,961,097 | **Savant** |
|---|---|
| |  Source: https://www.savant.com/interfaces/ |

| U.S. Patent No. 9,961,097 | **Savant** |
|---|---|
| | <br><br>Source: https://www.savant.com/interfaces/ |
| [1B] a connection gateway that is located in, and is part of a local network of, the user | Savant Host acts as a connection gateway that is located in, and is part of a local network of, the user premises;<br><br>For example, Savant Host connects IP network (Ethernet/LAN) and Wi-Fi, IR devices, is a connection gateway between Savant cloud and devices . |

| U.S. Patent No.<br>9,961,097 | **Savant** |
|---|---|
| premises; | <br><br>Source: https://www.savant.com/host/<br><br>**What is a Savant Host?**<br><br>The Savant App requires a Savant Host.<br><br>The Savant App and the Savant Host work together. The Host acts as a communication hub, enabling the Savant App to communicate with Savant devices and supported third party devices you have added to your Savant Home.<br><br>Source: https://support.savant.com/help/articles/en_US/Support_Article/What-is-a-Savant-Host |

| U.S. Patent No. 9,961,097 | **Savant** |
|---|---|
| | ## INTELLIGENT COMMUNICATION <br><br> Savant Hosts deliver the core intelligence of the Savant platform, driving the technology across your entire smart home. Through the most sophisticated software on the market, Savant Hosts manage every subsystem throughout the home or property to deliver a single unified user experience. Our systems not only scale with your needs, but are also designed to be updated to stay aligned with the latest technology and features. <br><br> ## CUSTOMIZED FOR THE WAY YOU LIVE <br><br> Your Authorized Savant Dealer will create a plan to customize your Host for your unique property needs. From door locks to lighting, shades, and security systems, your Savant Host will be tailored to the way you live and work. <br><br> Source: https://www.savant.com/host/ |

| U.S. Patent No. 9,961,097 | **Savant** |
|---|---|
| |  Source:  https://support.savant.com/help/articles/en_US/Support_Article/Network-Troubleshooting-Guide/?l=en_US&c=Savant_Knowledge%3ASetup&fs=Search&pn=1 |

| U.S. Patent No. 9,961,097 | **<u>Savant</u>** |
|---|---|

**SVR-5000S Rear Panel**

| | | |
|---|---|---|
| **A** | Power Button | **Power On:** Press while powered Off.<br>**Power Off:** Press and hold while powered On until power LED goes out. |
| **B** | Power Input | 100-240V AC 50/60Hz |
| **C** | Ethernet | 10/100/1000 Base-T auto-negotiating port. |
| **D** | HDMI | 19-pin type A HDMI female.<br>Connect to OSD card or host input on Savant controller. |
| **E** | Thunderbolt (Left) | This connection has no function within a Savant system and connection may interfere with other display outputs.  Do not use this connection. |
| **F** | Thunderbolt (Right) | Apple Thunderbolt.<br>Connect to OSD card or host input (using an HDMI adapter) on Savant controller. |
| **G** | Audio Out | 3.5 mm (1/8 in) Stereo jack.<br>Connect to analog audio input on Savant controller. |
| **H** | Cooling Vents | Output for cooling the internal processor.  DO NOT BLOCK. |

Savant® Pro Host SVR-4500 | SVR-4500S | SVR-5000S Deployment Guide (2015)

Source:       https://sav-documentation.s3.amazonaws.com/Product%20Deployment%20Guides/009-0263-05-Savant-Pro-Host-Deployment-Guide.pdf

| U.S. Patent No. 9,961,097 | **Savant** |
|---|---|
| | ## Appendix A: Network Requirements<br><br>Savant requires the use of business class/commercial grade network equipment throughout the network to ensure the reliability of communication between devices. These higher quality components also allow for more accurate troubleshooting when needed.<br><br>### Device Network Connections<br>Connect all Savant devices to the same local area network (LAN) or subnet as the host. Savant recommends not implementing any type of traffic or packet shaping in your network topology for the Savant devices as this may interfere with performance.<br><br>### Managing IP Addresses<br>To ensure that the IP Address will not change due to a power outage, a static IP Address or DHCP reservation should be configured. Savant recommends using DHCP reservation within the router. By using this method, static IP Addresses for all devices can be managed from a single UI avoiding the need to access devices individually.<br><br>**Setting a Static IP Address**<br>Refer to the **How to set a static IP address on a Savant Host Controller Knowledge Article** located on the **Savant Community.**<br><br>**Setting DHCP Reservation**<br>Setting DHCP reservation varies from router to router. Refer to the documentation for the router to configure DHCP reservation.<br><br>Savant® Pro Host SVR-4500 \| SVR-4500S \| SVR-5000S Deployment Guide (2015)<br><br>Source:    https://sav-documentation.s3.amazonaws.com/Product%20Deployment%20Guides/009-0263-05-Savant-Pro-Host-Deployment-Guide.pdf |
| [1C] wherein:<br>the second hardware processing circuitry is external to the user premises, is accessible | The second hardware processing circuitry (Savant cloud server) is external to the user premises, is accessible via the access browser module (user's phone/tablet (Savant App); and Savant Touch control panel), and is configured to communicate on-demand with the connection gateway; |

| U.S. Patent No. 9,961,097 | Savant |
|---|---|
| via the access browser module, and is configured to communicate on-demand with the connection gateway; | **Savant Launches Cloud Platforms for Home-Automation Config, Management, Service**<br><br>New Savant Central Management and Savant Studio let dealers ditch the computer for programming and manage all their home-automation projects and clients in one cloud-based portal.<br><br>Published: June 29, 2018   Julie Jacobson<br><br>Savant is making it easier for home-automation pros to program systems from a mobile app and manage their clients and projects in a single cloud-based portal.<br><br>The company announces two new software platforms – Savant Central Management and Savant Studio.<br><br>**Central Management** is exactly what it sounds like – a single place to manage customers and jobs. This i where an integration company can see, at a glance, what's happening in any client's home, with permission of course.<br><br>Central Management also facilitates customer service with remote diagnostics, time/date-stamped systems logs, remote maintenance and configuration capabilities.<br><br>Source: https://www.cepro.com/news/savant_cloud_home_automation/5686/ |

| U.S. Patent No. 9,961,097 | **<u>Savant</u>** |
|---|---|
| | <br><br>Source: https://savant.com/savant-app/ |
| [1D] the connection gateway is integrated with or communicatively coupled to one or more networked components of the local network of the user premises; and | the connection gateway (Savant Host)  is communicatively coupled to one or more networked components of the local network of the user premises; |

| U.S. Patent No. 9,961,097 | **Savant** |
|---|---|
| | ## INTELLIGENT COMMUNICATION<br><br>Savant Hosts deliver the core intelligence of the Savant platform, driving the technology across your entire smart home. Through the most sophisticated software on the market, Savant Hosts manage every subsystem throughout the home or property to deliver a single unified user experience. Our systems not only scale with your needs, but are also designed to be updated to stay aligned with the latest technology and features.<br><br>### CUSTOMIZED FOR THE WAY YOU LIVE<br><br>Your Authorized Savant Dealer will create a plan to customize your Host for your unique property needs. From door locks to lighting, shades, and security systems, your Savant Host will be tailored to the way you live and work.<br><br>Source: https://www.savant.com/host/ |

| U.S. Patent No. 9,961,097 | **Savant** |
|---|---|
| | 3. Network Diagram (Normal Operation)<br><br>Below is a network diagram showing the Savant 1.x entertainment package. Refer to the diagram below when troubleshooting.<br><br>Source: https://support.savant.com/help/articles/en_US/Support_Article/Network-Troubleshooting-Guide/?l=en_US&c=Savant_Knowledge%3ASetup&fs=Search&pn=1 |
| [1E] the system is configured such that user-input of a Uniform Resource Locator (URL), in accordance with which the first hardware processing circuitry, using the access browser module, accesses an address on the first network, begins a sequence in which the second hardware processing circuitry responsively serves to the first hardware processing circuitry, via the access browser module, information | the system is configured such that user-input of a Uniform Resource Locator (URL), in accordance with which the first hardware processing circuitry, using the access browser module, accesses an address on the first network.<br><br>URL/browser aspect is met by the web-based Savant Home Manager portal (browser access to a predetermined website/URL), and by the Savant App acting as an access-browser client to devices (with URL selection/input implicit via the app UI).<br><br>Overview<br>The Savant Home Manager is an application that runs in the cloud and allows users to view system information, Essentials status, tutorials, and more from a web browser. This article gives a basic overview of the Home Manager.<br><br>Source: https://support.savant.com/pro/articles/en_US/Support_Article/Savant-Home-Manager-Reference-Guide/?q=host&l=en_US&fs=Search&pn=1 |

| U.S. Patent No. 9,961,097 | **Savant** |
|---|---|
| regarding at least one of the one or more networked components of the local network, which information the second hardware processing circuitry obtains from the connection gateway without a direct communicative coupling between the second hardware processing circuitry and the at least one networked component of the local network, | <br><br>Source: https://savant.com/savant-app/<br><br>Begins a sequence in which the second hardware processing circuitry (Savant cloud services) responsively serves to the first hardware processing circuitry, via the access browser module, information regarding at least one of the one or more networked components of the local network, which information the second hardware processing circuitry obtains from the connection gateway without a direct communicative coupling between the second hardware processing circuitry (Savant cloud services) and the at least one networked component (devices) of the local network. |

| U.S. Patent No. 9,961,097 | **Savant** |
|---|---|
| |  |

Overview

The Savant Home Manager is an application that runs in the cloud and allows users to view system information, Essentials status, tutorials, and more from a web browser. This article gives a basic overview of the Home Manager.

Accessing Savant Home Manager

To access a Savant System from the Home Manager, the system must be bound, and you must have an authorized User Account. To access the website, do the following:

1. Open a web browser and go to https://home.savant.com.
2. Enter Savant App user account credentials.

Source:  https://support.savant.com/pro/articles/en_US/Support_Article/Savant-Home-Manager-Reference-Guide/?q=host&l=en_US&fs=Search&pn=1

| U.S. Patent No. 9,961,097 | **Savant** |
|---|---|
| | ### 6. Sign in and Connect<br><br>Once at least one Savant Cloud User has been created and associated with the Savant Home system, it is possible to open the app, log in, and connect to the system by following the steps below:<br><br>1. Open the Savant Pro App. Note that the mobile device running the app must be connected to the same local network as the Savant Host, unless the user has been granted Remote Access permissions.<br><br>2. From the front login screen, tap **Sign In**.<br><br>3. Enter the email and password for the Savant Cloud User created in Section 3 above, then tap **Sign In** again to continue.<br><br>4. The next screen will show all Savant Home systems located on the local network, as well as any systems the logged in user has remote access to available. swipe left or right to locate the desired Savant Home and tap **Connect**.<br><br>5. The app will open to the **Home** page for the selected system. Note that it may take a few moments for the interface to fully load.<br><br>Savant® Pro App™ User Guide (Feb. 2020)<br>Source<br>https://sav-documentation.s3.amazonaws.com/Product%20User%20Guides/009-1838-07%20Savant%20App%20User%20Guide%20%5BVersion%209.4%20and%20Higher%5D.pdf |
| [1F] wherein the sequence includes the first hardware processing circuitry transmitting to the second hardware processing circuitry authentication data indicating authority to access the at least one networked component of the local network, the | The sequence includes the first hardware processing circuitry transmitting to the second hardware processing circuitry authentication data (remote access Account) indicating authority to access the at least one networked component of the local network, the transmission of the authentication data being required for the serving of the information to the first hardware processing circuitry,<br><br>Once a device is registered to a remote access account, the Savant cloud server can remotely access that device for monitoring and control functions through the Savant App or Savant Home Manager web portal. |

| U.S. Patent No. 9,961,097 | **Savant** |
|---|---|
| transmission of the authentication data being required for the serving of the information to the first hardware processing circuitry, and wherein: | <br><br>Savant® Pro App™ User Guide (Feb. 2020)<br>Source<br>https://sav-documentation.s3.amazonaws.com/Product%20User%20Guides/009-1838-07%20Savant%20App%20User%20Guide%20%5BVersion%209.4%20and%20Higher%5D.pdf |

| U.S. Patent No. 9,961,097 | **Savant** |
|---|---|

| Info Button | Modify the Scene photo, Fade Time or Shared/Global Scene settings. |
|---|---|
| Photo | Tap to display options to **Take Photo** or **Choose Existing Photo** (from the mobile device's filesystem) to represent the selected Scene. |
| Fade Time | Adding a Fade Time will apply a delay between Scene activation within the app and full application of Scene settings.  For example, with dimmable lighting, lights will fade from off to the level set by the Scene within the configured fade time.<br><br>Select this option to show a list of available fade times, from 0 to 30 seconds. |
| Shared Scene | ☑ - (Checked) Scene will be available to all other users and appear on devices not associated with the account in use. |
| | ☐ - (Unchecked) When a scene is no longer shared, it will be removed from all other users and only appear on device associated with the account in use. |

| Conditions tab | Add a condition based on a schedule to activate the Scene automatically. |
|---|---|
| Scene Scheduler | Select the + icon in the upper right corner to open the Scene Scheduler. Setting a schedule will apply the Scene automatically under the configured conditions.<br><br>See Section 8.5 above for details on Scene Scheduler configuration. |

Savant® Pro App™ User Guide (Feb. 2020)
Source
https://sav-documentation.s3.amazonaws.com/Product%20User%20Guides/009-1838-07%20Savant%20App%20User%20Guide%20%5BVersion%209.4%20and%20Higher%5D.pdf

| U.S. Patent No. 9,961,097 | **Savant** |
|---|---|
| |  Source: https://savant.com/savant-app/ |
| [1G] the user premises is one of a plurality of user premises; the connection gateway is one of a plurality of connection gateways, each of which is located in, and is part of a respective local network | The user premises is one of a plurality of user premises (the system can control several homes), each home is a user premise. The connection gateway is one of a plurality of connection gateways, each of which is located in, and is part of a respective local network of, a respective one of the plurality of user premises (each home can have a Savant Host), and to each of which the second hardware processing circuitry Savant cloud server) is configured to connect. |

| U.S. Patent No. 9,961,097 | **Savant** |
|---|---|
| of, a respective one of the plurality of user premises, and to each of which the second hardware processing circuitry is configured to connect; and | <br><br>**Savant Launches Cloud Platforms for Home-Automation Config, Management, Service**<br><br>New Savant Central Management and Savant Studio let dealers ditch the computer for programming and manage all their home-automation projects and clients in one cloud-based portal.<br><br>Published: June 29, 2018    Julie Jacobson<br><br>Savant is making it easier for home-automation pros to program systems from a mobile app and manage their clients and projects in a single cloud-based portal.<br><br>The company announces two new software platforms – Savant Central Management and Savant Studio.<br><br>**Central Management** is exactly what it sounds like – a single place to manage customers and jobs. This i where an integration company can see, at a glance, what's happening in any client's home, with permission of course.<br><br>Central Management also facilitates customer service with remote diagnostics, time/date-stamped systems logs, remote maintenance and configuration capabilities.<br><br>Source: https://www.cepro.com/news/savant_cloud_home_automation/5686/ |

| U.S. Patent No. 9,961,097 | **Savant** |
|---|---|
| | ### 4. Linking the Savant User to a Savant Pro System<br><br>Once a Savant User account has been created, the account must be linked to a local Savant Pro System Host. Once linked, this User can remove and/or grant permissions to other accounts. If an account needs to be created, a user invite can be sent (see Section 6). Follow the instructions below to link the user account to the local Host.<br><br>1. Log in to the Savant Pro App with the user created in Section 3 above. The screen shown in the example image to the right will be automatically displayed once account creation is complete. Tap Connect to proceed, linking the Savant User with the Savant Home.<br><br>   **HELPFUL INFORMATION -** If no Homes (Savant Hosts) are found, ensure that the mobile device running the Savant Pro App is connected to the same local network as the Savant Host. If multiple Homes are found, indicating more than one Host is available on the local network, swipe left or right to scroll through the list and choose the desired Home, then select Connect.<br><br>2. When linking the first user to a Host, the confirmation screen shown below will be displayed:<br><br>   • Tap **Continue** to claim the Host with the current Savant User account. This will grant the user administrator level privileges for the system. See Section 3 below for more information on account permission sets and user management.<br><br>   • Tap **No, Skip This Step** to connect to the system as a local user without claiming the Host as an administrator.<br><br>3. Once connected, the Savant Pro App will open to the main Home screen for the selected Host system. Skip to Section 8 below for an introduction to the Home screen and overall layout of the Savant Pro App.<br><br>Savant® Pro App™ User Guide (Feb. 2020)<br>Source<br>https://sav-documentation.s3.amazonaws.com/Product%20User%20Guides/009-1838-07%20Savant%20App%20User%20Guide%20%5BVersion%209.4%20and%20Higher%5D.pdf |
| [1H] the sequence further including the second hardware processing circuitry determining which one of the local networks the | The sequence further includes the second hardware (Savant cloud server) processing circuitry determining which one of the local networks the authentication data indicates authority to access, (the device added to remote access account can be accessed) |

| U.S. Patent No. 9,961,097 | Savant |
|---|---|
| authentication data indicates authority to access, | <table><tr><td>Info Button</td><td>Modify the Scene photo, Fade Time or Shared/Global Scene settings.</td></tr><tr><td>Photo</td><td>Tap to display options to **Take Photo** or **Choose Existing Photo** (from the mobile device's filesystem) to represent the selected Scene.</td></tr><tr><td>Fade Time</td><td>Adding a Fade Time will apply a delay between Scene activation within the app and full application of Scene settings. For example, with dimmable lighting, lights will fade from off to the level set by the Scene within the configured fade time.<br><br>Select this option to show a list of available fade times, from 0 to 30 seconds.</td></tr><tr><td>Shared Scene</td><td>☑ - (Checked) Scene will be available to all other users and appear on devices not associated with the account in use.</td></tr><tr><td></td><td>☐ - (Unchecked) When a scene is no longer shared, it will be removed from all other users and only appear on device associated with the account in use.</td></tr><tr><td>Conditions tab</td><td>Add a condition based on a schedule to activate the Scene automatically.</td></tr><tr><td>Scene Scheduler</td><td>Select the + icon in the upper right corner to open the Scene Scheduler. Setting a schedule will apply the Scene automatically under the configured conditions.<br><br>See Section 8.5 above for details on Scene Scheduler configuration.</td></tr></table><br>Savant® Pro App™ User Guide (Feb. 2020)<br>Source<br>https://sav-documentation.s3.amazonaws.com/Product%20User%20Guides/009-1838-07%20Savant%20App%20User%20Guide%20%5BVersion%209.4%20and%20Higher%5D.pdf |
| [1I] the sequence further including the second hardware processing circuitry establishing a new communication session between the first hardware processing circuitry and the connection gateway of | The sequence further including the second hardware processing circuitry establishing a new communication session between the first hardware processing circuitry and the connection gateway of the respective local network that the authentication data indicates authority to access upon verification of the authentication data,<br><br>The device added to remote access account can be controlled remotely means, after added, the second hardware processing circuitry must establish a new communication session between the first hardware processing circuitry and the connection gateway of the respective local network that the authentication data indicates authority to access upon verification of the authentication data. |

| U.S. Patent No. 9,961,097 | Savant |
|---|---|
| the respective local network that the authentication data indicates authority to access upon verification of the authentication data, and | Overview<br><br>The Savant Home Manager is an application that runs in the cloud and allows users to view system information, Essentials status, tutorials, and more from a web browser. This article gives a basic overview of the Home Manager.<br><br>Accessing Savant Home Manager<br><br>To access a Savant System from the Home Manager, the system must be bound, and you must have an authorized User Account. To access the website, do the following:<br><br>1. Open a web browser and go to https://home.savant.com.<br>2. Enter Savant App user account credentials.<br><br>Source: https://support.savant.com/pro/articles/en_US/Support_Article/Savant-Home-Manager-Reference-Guide/?q=host&l=en_US&fs=Search&pn=1 |

| U.S. Patent No. 9,961,097 | **Savant** |
|---|---|
| | ## 6. Sign in and Connect<br><br>Once at least one Savant Cloud User has been created and associated with the Savant Home system, it is possible to open the app, log in, and connect to the system by following the steps below:<br><br>1. Open the Savant Pro App. Note that the mobile device running the app must be connected to the same local network as the Savant Host, unless the user has been granted Remote Access permissions.<br><br>2. From the front login screen, tap **Sign In**.<br><br>3. Enter the email and password for the Savant Cloud User created in Section 3 above, then tap **Sign In** again to continue.<br><br>4. The next screen will show all Savant Home systems located on the local network, as well as any systems the logged in user has remote access to available. swipe left or right to locate the desired Savant Home and tap **Connect**.<br><br>5. The app will open to the **Home** page for the selected system. Note that it may take a few moments for the interface to fully load.<br><br>Savant® Pro App™ User Guide (Feb. 2020)<br>Source<br>https://sav-documentation.s3.amazonaws.com/Product%20User%20Guides/009-1838-07%20Savant%20App%20User%20Guide%20%5BVersion%209.4%20and%20Higher%5D.pdf |
| [1J] wherein the second hardware processing circuitry receives, via the connection gateway, selected information from at least one of the networked components of the local network of the user premises, and stores the selected information in the first | The second hardware processing circuitry receives, via the connection gateway, selected information from at least one of the networked components (devices) of the local network of the user premises, and stores the selected information in the first network for subsequent review (monitored) by a user associated with the user premises, without requiring the user to provide the authentication data |

| U.S. Patent No. 9,961,097 | **Savant** |
|---|---|
| network for subsequent review by a user associated with the user premises, without requiring the user to provide the authentication data, and |

Source: https://savant.com/savant-app/

Overview
The Savant Home Manager is an application that runs in the cloud and allows users to view system information, Essentials status, tutorials, and more from a web browser. This article gives a basic overview of the Home Manager.

Source:       https://support.savant.com/pro/articles/en_US/Support_Article/Savant-Home-Manager-Reference-Guide/?q=host&l=en_US&fs=Search&pn=1 |
| [1K] wherein the authority to access the at least one networked component of the local network by transmitting the authentication data also provides authority to | The authority to access the at least one networked component of the local network by transmitting the authentication data also provides authority to access and review the previously stored selected information (e.g. Recordings screen) in the first network via the access browser module (Savant App or Savant Home Manager portal ) |

| U.S. Patent No. 9,961,097 | Savant |
|---|---|
| access and review the previously stored selected information in the first network via the access browser module. | Camera Recordings Screen<br><br>The Camera Recording screen will only display devices or video clips linked to the Savant Cloud.<br><br><br><br>Source: https://support.savant.com/pro/articles/en_US/Support_Article/Savant-Home-Manager-Reference-Guide/?q=host&l=en_US&fs=Search&pn=1 |