UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PORTUS SINGAPORE PTE LTD et al., Plaintiffs, -v- SAVANT SYSTEMS, INC., Defendant. | 26-CV-4691 (JMF) <br> <u>ORDER</u> |

JESSE M. FURMAN, United States District Judge:

The Complaint in this case was filed with the Court on June 3, 2026, *see* ECF No. 1, but the docket does not reflect that the Complaint has been served on Defendant. In view of that and the lack of an appearance by Defendant, the initial pretrial conference currently scheduled for September 1, 2026 at 9:00 a.m., *see* ECF No. 8, is ADJOURNED to **October 13, 2026 at 9:00 a.m**.

Plaintiffs are reminded that Rule 4(m) of the Federal Rules of Civil Procedure requires dismissal without prejudice if a plaintiff does not serve the defendant with the summons and complaint within 90 days, absent good cause. If Plaintiffs believes that Defendant has been served, Plaintiffs shall promptly communicate with the Court, in writing, when and in what manner such service was made. If not, Plaintiffs shall promptly file proof of service after service is made.

Finally, Plaintiffs are directed (1) to notify Defendant's attorneys in this action by serving upon each of them a copy of this Order and (2) to file proof of such notice with the Court by **August 31, 2026**. If unaware of the identity of counsel for Defendant, counsel receiving this order must forthwith send a copy of this Order to that party personally.

SO ORDERED.

Dated: August 24, 2026
New York, New York

JESSE M. FURMAN
United States District Judge